# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-922
Lower Tribunal No. 21-CA-000338

_____

JOSEPH B. ORLANDINI,

Appellant,

v.

WHITE SAND PROPERTIES of FORT MYERS BEACH, LLC, LYLE L. KLINE as Trustee of the LYLE L. KLINE TRUST, and LYLE L. KLINE, individually,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
Alane Laboda, Judge.

June 4, 2024

PER CURIAM.

AFFIRMED.

STARGEL and MIZE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Stephen N. McGuire, II, of McGuire Law & Title, P.A., Fort Myers, for Appellant.

Jack C. Morgan, III, of Aloia Roland Lubell & Morgan, PLLC, Fort Myers, for Appellee White Sand Properties of Fort Myers Beach, LLC.

No Appearance for Appellee, Lyle L. Kline as Trustee of the Lyle L. Kline Trust and Lyle L. Kline, individually.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED